# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KARSTEN OLIVA | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00477 DKW-KJM |
| V. | |
| COUNTY OF HAWAII DEPARTMENT OF PARKS & RECREATION; MAURICE MESSINA; MITCH ROTH; LEE LORD; VICTOR MCDANIEL | |
| Defendants. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 19, 2025, 3:59 pm
Lucy H. Carrillo, Clerk of Court

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Hawaii Department of Parks & Recreation, Maurice Messina, Mitch Roth, Lee Lord and Victor McDaniel and against Plaintiff Karsten Oliva, pursuant to the "Order Granting Defendants' Motion for Summary Judgment", ECF No. 93, filed on March 19, 2025. It is further ordered that the Clerk of Court shall close this case.

| | |
|---|---|
| March 19, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |